**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO.  07-38742-H3-7 |
| JOHN PATRICK BOYLAN | § | |
| 10220 Memorial Dr. #75 | § | CHAPTER 7 |
| Houston, TX  77024 | § | |
| SSN: XXX-XX-0420 | § | |
| | § | |
| DEBTOR | § | |

**TRUSTEE'S MOTION FOR AUTHORITY TO SELL ESTATE'S
INTEREST IN BIRDWELL GP, LLC AND BOYLAN ENERGY CORP.**

**Pursuant to Local Rule 9013:**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU.  IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE.  IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY.  YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 20 DAYS OF THE DATE THIS WAS SERVED ON YOU.  YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED.  IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Ronald J. Sommers, Trustee, and files this Motion for Authority to Sell Estate's Interest in Birdwell GP, LLC and Boylan Energy Corp., and in support thereof, asserts the following:

## JURISDICTION

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334 and 28 U.S.C. § 157.  This is a core proceeding under 28 U.S.C. § 157(b)(2)(N) and (O).  This is an action under Federal Rule of Bankruptcy Procedure 6004 and corresponding local rules, 11 U.S.C. § 363 to sell property of the estate, and 11 U.S.C. § 105(a) for an order that is appropriate to carry out the provisions of Title 11 of the United States Code.

2.      Venue is proper under 28 U.S.C. § 1409.

## RELEVANT FACTUAL BACKGROUND

3.      On December 21, 2007, John Patrick Boylan ("Debtor") filed a petition under Chapter 7 of the United States Bankruptcy Code.  Ronald J. Sommers was appointed Chapter 7 Trustee for the Bankruptcy Estate of the Debtor.

4.      The Bankruptcy Estate is the owner of a 28% membership interest in Birdwell GP, LLC and a 100% shareholder interest in Boylan Energy Corp. (collectively, "Assets").

## PROPOSED SALE OF ASSETS

5.      Cadleway Properties, Inc. ("Buyer") has tendered an offer of  $3,000 to the Trustee to purchase the Assets, pending this Court's approval of the sale.  The terms of the sale are as follows:

(i)      The purchase price for the Assets shall be $3,000.

(ii)     The Assets shall be conveyed to the Buyer free and clear of all liens, claims, and encumbrances, if any.

(iii)    The Assets are being sold **"AS IS" with the Trustee making NO REPRESENTATIONS OR WARRANTIES**.

6.      The Trustee and the Buyer have negotiated in good faith and at arm's length in this transaction and the Trustee asks the Court to make a finding to that effect.  The Trustee is not aware of any liens, claims, or encumbrances on the Assets.

7.      The Trustee believes that the sale to the Buyer is in the best interests of the Estate and the creditors for the following reasons.  The Trustee believes the consideration from the Buyer ($3,000) is a fair price.  The Debtor values the Assets at $0. [Docket No. 1] The Trustee also believes that the Assets have no value to the Estate.  The Trustee has received no other offers for the Assets. The Trustee believes that there is a limited market for the Assets.  The Estate has incurred no advertising or marketing costs in connection with this sale.  Finally, the Trustee does not need to make any representations or warranties to the Buyer regarding the sale.  The affidavit of Ronald J. Sommers, Trustee, in support of this sale is attached hereto as **Exhibit "A."**

8.      Accordingly, the Trustee asks the Court to approve the sale of the Assets, "as is, where is" and free and clear of all liens, claims, and encumbrances, if any.

WHEREFORE Ronald J. Sommers, Trustee, respectfully prays that the Court grant him the authority to sell the Assets on the terms set forth herein and for such other and further relief to which the Trustee may show himself to be justly entitled.

Respectfully submitted,

By: _/s/  Jennifer L. Haluptzok_
Gretchen Gauer McCord
Texas Bar No. 00798203
Jennifer L. Haluptzok
Texas Bar No. 24053058
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056
(713) 960.0303 - Phone

W:\Boylan, John Patrick\mtn-sell.wpd                          -3-

(713) 892.4800-Fax
ATTORNEYS FOR RONALD J. SOMMERS,
TRUSTEE

OF COUNSEL:

NATHAN SOMMERS JACOBS
A Professional Corporation
2800 Post Oak Blvd., 61st Floor
Houston, TX 77056
(713) 960.0303-Phone
(713) 892-4800–Facsimile

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Trustee's Motion for Authority to Sell Estate's Interest in Birdwell GP, LLC and Boylan Energy Corp. has been forwarded to those parties listed below and in Exhibit "1" by U.S. mail, first class, postage prepaid on this 11th day of April, 2008

**By U.S. Mail and Facsimile**
Jon Gluckner
Assistant Vice President
Cadleway Properties, Inc.
100 North Center Street
Newton Falls, OH  44444
Fax:  (330) 872-5367

**By U.S. Mail and Facsimile**
Mark Kerstein, Esq.
9801 Westheimer
Suite 302
Houston, TX, 77042
Fax:  (713) 917-6891

By:   _/s/  Jennifer L. Haluptzok_
Jennifer L. Haluptzok

Service List

**Debtor**
John Patrick Boylan
10220 Memorial Dr. #75
Houston, Texas 77024

**Debtor's Attorney**
Reese W Baker
Baker & Associates LLP
5151 Katy Freeway Ste 200
Houston, TX 77007

**U.S. Trustee**
Office of the US Trustee
515 Rusk Ave., Ste 3516
Houston, TX 77002

**Creditors**

| | | |
|---|---|---|
| Household Bank (SB), N.A.<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712 | Land Star Investments, LLC<br>706 West Castlewood<br>Friendswood, TX 77546 | American Pipe Inspection<br>P.O. Box 9670<br>Houston, Texas 77213-9670 |
| Cadleway Properties<br>Attn: 0K250004<br>100 North Center St<br>Newton Falls, OH 44444 | Comerica Bank<br>Attn: Mario Nava<br>SBA Division<br>P.O. Box 4167<br>Houston, Texas 77210 | Comerica Bank<br>SBA Division<br>5251 Westheimer<br>Houston, TX 77056 |
| Countrywide<br>450 American St<br>Simi Valley, CA 93065 | First Community Bank<br>P.O. Box 752289<br>Houston, Texas 77275 | Five Star Transportation<br>P.O. Box 9670<br>Houston, Texas 77002 |
| Five Star Transportation<br>P.O. Box 9670<br>Houston, Texas 77213 | G M A C<br>Po Box 2150<br>Greeley, CO 80632 | GMAC<br>PO Box 130424<br>Roseville, MN 55113 |
| HSBC Business Credit<br>One HSBC Cetner, 29th Floor<br>Buffalo, NY 14203 | Hays McConn Rice & Pickering PC<br>1200 Smith St<br>Houston, Texas 77002 | Hi-Way Equipment<br>6203 Long Dr.<br>Houston, Texas 77087 |
| Hibernia National Bank<br>P.O.Box 61540<br>New Orleans, LA 70161 | Houstonian Club & Spa<br>111 North Post Oak Lane<br>Houston, Texas 77024 | HSBC/Neiman Marcus<br>PO Box 15221<br>Wilmington, DE 19850 |
| Internal Revenue Service<br>Insolvency Section<br>1919 Smith St.<br>Stop 5022 HOU<br>Houston, TX 77002 | Internal Revenue Service<br>Mail Stop 5024 HOU<br>1919 Smith<br>Houston, TX 77002 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 |

John Deere Credit
P.O. Box 77000
Detroit, MI 48277-0039

Landstar Investments
706 West Castlewood
Friendswood, Texas 77546

Mark Kerstien
700 Louisiana #5100
Houston, Texas 77072

Martha Bourne & Associates
1177 West Loop South #650
Houston, Texas 77027

Memorial Creole Apartments
10220 Memorial Dr.
Houston, Texas 77024

Monogram Bank N America
4060 Ogletown/stan De5-019-03-07
Newark, DE 19713

Peter Boylan
345 California St., Suite 2550
San Francisco, CA 94104

Rebecca Birdwell Boylan
450 Westminster
Houston, Texas 77024

Rick Lawrence
7814 Rockside Lane
Spring, Texas 77379

Sojourn Partners, LLC
Moore & Associates
Attn: Holly Moore
440 Louisiana St. #710
Houston, Texas 77002

Texaco/Citibank
PO Box 6003
Hagerstown, MD 21747

Verizon Wireless Bankruptcy Dept.
P.O. Box 3397
Bloomington, IL 61702

Vincent Hazen
810 West 10 st.
Austin, Texas 78701-2005

William T. Winston
6740 Joyce Way
Dallas, Texas 75225

Xxtreme Pipe Services
7814 Miller Road No. 3
Houston, Texas 77043

**Parties Requesting Notice**

Harris County, et al
Attn: John P. Dillman
P.O. Box 3064
Houston, TX 77253-3064

Fred Bosse
13410 Holly Park
Houston, Texas 77015

Holly Moore
Moore & Associates
440 Louisiana St. #710
Houston, Texas 77002

Mark A. Kerstein
9801 Westheimer, Suite 302
Houston, TX 77042