

**ENTERED**
**04/06/2009**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| JOHN PATRICK BOYLAN | § | CASE NO.  07-38742-H3-7 |
| Debtor | § | Chapter 7 |
| | § | |

<u>ORDER GRANTING JOINT MOTION FOR APPROVAL OF COMPROMISE OF
CONTROVERSY AND DISMISSAL WITH PREJUDICE OF THE ADVERSARY ACTION</u>

Upon consideration of the JOINT MOTION FOR APPROVAL OF COMPROMISE OF

CONTROVERSY AND DISMISSAL WITH PREJUDICE OF THE ADVERSARY ACTION

filed by the parties herein, and for good cause shown,

IT IS HEREBY ORDERED that the compromise of the controversy in Adversary

Proceeding No. 08-3104 shall be, and hereby is, approved; and

IT IS FURTHER ORDERED that Adversary Proceeding No. 08-3104 shall be, and

hereby is, dismissed with prejudice.

APR 0 6 2009

Dated:_____

_____
Honorable Letitia Z. Clark
Judge of the U. S. Bankruptcy Court

-1-

Respectfully submitted,

*/s/ Mark A. Kerstein*
Mark A. Kerstein, Texas Bar No. 24007477
The Law Office of Mark A. Kerstein
9801 Westheimer, Suite 302
Houston, Texas 77042
(713) 917-6890; Fax (713) 917-6891
Attorneys for Creditor and Plaintiff in Adv. No. 08-3104
Cadelway Properties, Inc.

*/s/ Richard D. Brady*
Richard D. Brady, SBN 24035177
BAKER & ASSOCIATES, L.L.P.
5151 Katy Freeway, Suite 200
Houston, Texas 77007
713-869-9200; Fax 713-869-9100
Attorneys for Debtor and Defendant in Adv. No. 08-3104
John Patrick Boylan

-2-

ORDER GRANTING JOINT MOTION FOR APPROVAL OF COMPROMISE OF
CONTROVERSY AND DISMISSAL WITH PREJUDICE OF THE ADVERSARY ACTION