IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** § | **CASE NO. 07-38742-H3-7** |
| § | |
| **John Patrick Boylan** § | **Chapter 7** |
| § | |
| Debtor. § | |

**NOTICE OF CHANGE OF ADDRESS**

John Patrick Boylan**,** Debtor, files this Notice of Change of Address.

    Previous Address:    2740 Carolina Way
                                    Houston, Texas 77005

    **New Address:**    **6129 Fordham**
                                      **Houston, Texas 77005**

Dated: January 5, 2010

                                                  Respectfully submitted,

                                                  <u>/s/ Reese W. Baker</u>
                                                  Reese W. Baker
                                                  TX Bar No. 01587700
                                                  5151 Katy Freeway, #200
                                                  Houston, Texas 77007
                                                  (713) 869-9200
                                                  (713) 869-9100 Fax
                                                  ATTORNEY FOR DEBTOR

OF COUNSEL:

Baker & Associates, LLP
5151 Katy Freeway, Suite 200
Houston, TX 77007

## VERIFICATION OF TRANSMITTAL TO U.S. TRUSTEE

The undersigned attorney, under penalty of perjury, hereby certifies that a copy of the Notice of Change of Address was delivered to the United States Trustee, 515 Rusk, Suite 3516, Houston, Texas, 77002, on January 5, 2010 by electronic delivery by the clerk of the Bankruptcy Court.

.                                                        /s/ Reese W. Baker
                                                         Reese W. Baker