**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 07-38742-H3-7 |
| | § | |
| JOHN PATRICK BOYLAN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald J. Sommers, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $697,835.00 | Assets Exempt: | $348,545.00 |
| Total Distributions to Claimants: | $1,253.28 | Claims Discharged Without Payment: | $4,345,313.45 |
| Total Expenses of Administration: | $1,752.85 | | |

3)      Total gross receipts of $3,006.13  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $3,006.13 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $355,286.00 | $62,530.00 | $62,530.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,752.85 | $1,752.85 | $1,752.85 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $23,047.92 | $23,047.92 | $1,253.28 |
| General Unsecured Claims (from **Exhibit 7**) | $3,914,119.86 | $2,044,295.65 | $2,044,295.65 | $0.00 |
| **Total Disbursements** |  |  |  |  |
|  | $4,269,405.86 | $2,131,626.42 | $2,131,626.42 | $3,006.13 |

4).  This case was originally filed under chapter 7 on 12/21/2007.  The case was pending for 29 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/18/2010                    By:   /s/ Ronald J. Sommers
                                                Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 28% Gereral Partnership interest in Birdwell Partners 28% Membership interest in Birdwell GP, LLC 100% Shareholder of Boylan Energy Corp. | 1129-000 | $3,000.00 |
| Interest Earned | 1270-000 | $6.13 |
| **TOTAL GROSS RECEIPTS** | | $3,006.13 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Countrywide | 4110-000 | $332,853.00 | NA | $0.00 | $0.00 |
| GMAC | 4110-000 | $22,433.00 | $22,678.48 | $22,678.48 | $0.00 |
| Harris County, et al | 4110-000 | NA | $39,851.52 | $39,851.52 | $0.00 |
| **TOTAL SECURED CLAIMS** | | $355,286.00 | $62,530.00 | $62,530.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald J. Sommers, Trustee | 2100-000 | NA | $751.53 | $751.53 | $751.53 |
| Attorney for Trustee | 3110-000 | NA | $961.00 | $961.00 | $961.00 |
| Attorney for Trustee | 3120-000 | NA | $40.32 | $40.32 | $40.32 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,752.85 | $1,752.85 | $1,752.85 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Internal Revenue Service | 5800-000 | NA | $23,047.92 | $23,047.92 | $1,253.28 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | |
|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | $0.00 | $23,047.92 | $23,047.92 | $1,253.28 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cadleway Properties | 7100-000 | $1,297,963.00 | $1,723,825.24 | $1,723,825.24 | $0.00 |
| Comerica Bank | 7100-000 | $336,000.00 | NA | NA | $0.00 |
| First Community Bank | 7100-000 | $20,000.00 | NA | NA | $0.00 |
| Five Star Transportation | 7100-000 | $516,000.00 | NA | NA | $0.00 |
| Hi-Way Equipment | 7100-000 | $15,000.00 | $7,425.04 | $7,425.04 | $0.00 |
| Hibernia National Bank | 7100-000 | $30,000.00 | NA | NA | $0.00 |
| HSBC Bank USA, National Association | 7100-000 | $281,933.70 | $272,520.15 | $272,520.15 | $0.00 |
| Hsbc/Neiman Marcus | 7100-000 | $477.00 | NA | NA | $0.00 |
| Internal Revenue Service | 7100-000 | NA | $525.22 | $525.22 | $0.00 |
| John Deere Credit | 7100-000 | $150,000.00 | NA | NA | $0.00 |
| Landstar Investments | 7100-000 | $36,000.00 | NA | NA | $0.00 |
| Martha Bourne & Associates | 7100-000 | $9,000.00 | NA | NA | $0.00 |
| Monogram Bank N America | 7100-000 | $12,059.00 | NA | NA | $0.00 |
| Monogram Bank N America | 7100-000 | $3,609.48 | NA | NA | $0.00 |
| Monogram Bank N America | 7100-000 | $2,832.68 | NA | NA | $0.00 |
| Peter Boylan | 7100-000 | $31,000.00 | NA | NA | $0.00 |
| Sojourn Partners, LLC | 7100-000 | $40,000.00 | $40,000.00 | $40,000.00 | $0.00 |
| Texaco/citibank | 7100-000 | $120.00 | NA | NA | $0.00 |
| William T. Winston | 7100-000 | $206,566.00 | NA | NA | $0.00 |
| Xxtreme Pipe Services | 7100-000 | $462,706.00 | NA | NA | $0.00 |
| Xxtreme Pipe Services | 7100-000 | $462,853.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $3,914,119.86 | $2,044,295.65 | $2,044,295.65 | $0.00 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1                     Exhibit 8

| Case No.: | 07-38742-H3-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | BOYLAN, JOHN PATRICK | Date Filed (f) or Converted (c): | 12/21/2007 (f) |
| For the Period Ending: | 5/18/2010 | §341(a) Meeting Date: | 01/30/2008 |
| | | Claims Bar Date: | 07/17/2008 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | Homestead  Legal Description: LT 59 BLK 4 HUNTLEIGH Property Address: 450 WESTMINSTER DR HOUSTON TX 77024 Debtor's wife was awarded this property in divorce. Debtor is surrendering his interest in the property. | $668,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | Frost National Bank Checking Account xxxxx8888 | $0.00 | $0.00 | DA | $0.00 | FA |
| 3 | Memorial Creole Apartments | $300.00 | $0.00 | DA | $0.00 | FA |
| 4 | Silverware $50.00 Household Tools $200.00 Computer $500.00 Plates, China, ect. $100.00 Den Furniture $500.00 Dining Room Furniture $500.00 | $1,850.00 | $0.00 | DA | $0.00 | FA |
| 5 | Books $100.00 Art $2,000.00 | $2,100.00 | $0.00 | DA | $0.00 | FA |
| 6 | Clothing | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 7 | Jewelry-Wedding Ring, Cuff Links, Watch | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 8 | Firearms-Winchester Rifle, 12 Gauge Shotgun, 20 Gauge Shotgun $2,000.00 Tennis Equipment $50.00 Misc Recreational Equipment $100.00 | $2,150.00 | $0.00 | DA | $0.00 | FA |
| 9 | Penn Mutual-Term Life Insurance Policy $2,000,000 death benefit | $0.00 | $0.00 | DA | $0.00 | FA |
| 10 | 20,000 Unexercised Stock Options in HUSA @ $4.10 strike price | $0.00 | $0.00 | DA | $0.00 | FA |
| 11 | 28% Gereral Partnership interest in Birdwell Partners 28% Membership interest in Birdwell GP, LLC 100% Shareholder of Boylan Energy Corp. | $0.00 | $3,000.00 | | $3,000.00 | FA |
| 12 | 2004 Chevrolert Suburban LT 1500 60,000 miles | $19,435.00 | $0.00 | DA | $0.00 | FA |
| 13 | Desk, Credenza, Chair | $2,000.00 | $0.00 | DA | $0.00 | FA |
| INT | Interest Earned                              (u) | Unknown | Unknown | | $6.13 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2                Exhibit 8

| Case No.: | 07-38742-H3-7 | | Trustee Name: | Ronald J. Sommers |
| Case Name: | BOYLAN, JOHN PATRICK | | Date Filed (f) or Converted (c): | 12/21/2007 (f) |
| For the Period Ending: | 5/18/2010 | | §341(a) Meeting Date: | 01/30/2008 |
| | | | Claims Bar Date: | 07/17/2008 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets |
| | $697,835.00 | $3,000.00 | | $3,006.13 | $0.00 |

**Major Activities affecting case closing:**
TFR SUBMITTED

**Initial Projected Date Of Final Report (TFR):**   12/31/2009          **Current Projected Date Of Final Report (TFR):**   09/30/2009

Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 07-38742-H3-7 | |
| Case Name: | BOYLAN, JOHN PATRICK | |
| Primary Taxpayer ID #: | ******0503 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 12/21/2007 | |
| For Period Ending: | 5/18/2010 | |

| | |
|---|---|
| Trustee Name: | Ronald J. Sommers |
| Bank Name: | Sterling Bank |
| Checking Acct #: | ******8742 |
| Account Title: | 801 - CHK |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/01/2009 | | Transfer From: 802 - MMK # ******8742 | Transfer to Close Account | 9999-000 | $3,006.13 | | $3,006.13 |
| 10/29/2009 | 1000 | NATHAN SOMMERS JACOBS | #42 10/28/09 | * | | $1,001.32 | $2,004.81 |
| | | | $(961.00) | 3110-000 | | | $2,004.81 |
| | | | $(40.32) | 3120-000 | | | $2,004.81 |
| 01/28/2010 | 1001 | Ronald J. Sommers | Trustee Compensation | 2100-000 | | $751.53 | $1,253.28 |
| 01/28/2010 | 1002 | Internal Revenue Service | Claim #: 4; Amount Claimed: 23,047.92; Amount Allowed: 23,047.92; Distribution Dividend: 5.44; | 5800-000 | | $1,253.28 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| TOTALS: | $3,006.13 | $3,006.13 | $0.00 |
| Less: Bank transfers/CDs | $3,006.13 | $0.00 | |
| Subtotal | $0.00 | $3,006.13 | |
| Less: Payments to debtors | $0.00 | $0.00 | |
| Net | $0.00 | $3,006.13 | |

**For the period of  12/21/2007 to 5/18/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,006.13 |
| | |
| Total Compensable Disbursements: | $3,006.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $3,006.13 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between  10/01/2009 to 5/18/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $3,006.13 |
| | |
| Total Compensable Disbursements: | $3,006.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $3,006.13 |
| Total Internal/Transfer  Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 07-38742-H3-7 |
| Case Name: | BOYLAN, JOHN PATRICK |
| Primary Taxpayer ID #: | ******0503 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 12/21/2007 |
| For Period Ending: | 5/18/2010 |

| | |
|---|---|
| Trustee Name: | Ronald J. Sommers |
| Bank Name: | Sterling Bank |
| Money Market Acct #: | ******8742 |
| Account Title: | 802 - MMK |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/22/2008 | (11) | THE CADLE COMPANY | SALE OF STOCK | 1129-000 | $3,000.00 | | $3,000.00 |
| 06/30/2008 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.95 | | $3,000.95 |
| 07/31/2008 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.95 | | $3,001.90 |
| 08/29/2008 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.76 | | $3,002.66 |
| 09/30/2008 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.74 | | $3,003.40 |
| 10/31/2008 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.58 | | $3,003.98 |
| 11/28/2008 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.39 | | $3,004.37 |
| 12/31/2008 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.32 | | $3,004.69 |
| 01/30/2009 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.26 | | $3,004.95 |
| 02/27/2009 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.23 | | $3,005.18 |
| 03/31/2009 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.20 | | $3,005.38 |
| 04/30/2009 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.12 | | $3,005.50 |
| 05/29/2009 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.13 | | $3,005.63 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.12 | | $3,005.75 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.13 | | $3,005.88 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.13 | | $3,006.01 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.12 | | $3,006.13 |
| 10/01/2009 | | Transfer To: 801 - CHK # ******8742 | Transfer to Close Account | 9999-000 | | $3,006.13 | $0.00 |
| | | | **SUBTOTALS** | | $3,006.13 | $3,006.13 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 07-38742-H3-7 |
| Case Name: | BOYLAN, JOHN PATRICK |
| Primary Taxpayer ID #: | ******0503 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 12/21/2007 |
| For Period Ending: | 5/18/2010 |

| | |
|---|---|
| Trustee Name: | Ronald J. Sommers |
| Bank Name: | Sterling Bank |
| Money Market Acct #: | ******8742 |
| Account Title: | 802 - MMK |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 Transaction Date | 2 Check / Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | Uniform Tran Code | 5 Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|
| | | **TOTALS:** | | | $3,006.13 | $3,006.13 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $0.00 | $3,006.13 | |
| | | **Subtotal** | | | $3,006.13 | $0.00 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $3,006.13 | $0.00 | |

**For the period of 12/21/2007 to 5/18/2010**

| | |
|---|---|
| Total Compensable Receipts: | $3,006.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,006.13 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $3,006.13 |

**For the entire history of the account between 05/22/2008 to 5/18/2010**

| | |
|---|---|
| Total Compensable Receipts: | $3,006.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,006.13 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $3,006.13 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | |
|---|---|---|---|
| Case No. | 07-38742-H3-7 | Trustee Name: | Ronald J. Sommers |
| Case Name: | BOYLAN, JOHN PATRICK | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******0503 | Money Market Acct #: | ******8742 |
| Co-Debtor Taxpayer ID #: | | Account Title: | 802 - MMK |
| For Period Beginning: | 12/21/2007 | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 5/18/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $3,006.13 | $3,006.13 | $0.00 |

**For the period of 12/21/2007 to 5/18/2010**

| | |
|---|---|
| Total Compensable Receipts: | $3,006.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,006.13 |
| Total Internal/Transfer Receipts: | $3,006.13 |
| Total Compensable Disbursements: | $3,006.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,006.13 |
| Total Internal/Transfer Disbursements: | $3,006.13 |

**For the entire history of the case between 12/21/2007 to 5/18/2010**

| | |
|---|---|
| Total Compensable Receipts: | $3,006.13 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $3,006.13 |
| Total Internal/Transfer Receipts: | $3,006.13 |
| Total Compensable Disbursements: | $3,006.13 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $3,006.13 |
| Total Internal/Transfer Disbursements: | $3,006.13 |

RONALD J. SOMMERS