UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS

In Re:  John Patrick Boylan

**Debtor(s)**

Case No.: 07–38742

Chapter:  7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Ronald J Sommers is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 6/30/10

_____
LETITIA Z. PAUL
United States Bankruptcy Judge